2:12-mj-36-JHR

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
2012 FEB 13 P 1:34
DEPUTY CLERK

**Complaint Synopsis**

| | |
|---|---|
| **Name:** | Jessica Bartlett |
| **Address: (City & State Only)** | Brunswick, ME |
| **Year of Birth and Age:** | 1983; 28 years old |
| **Violations:** | Counts 1 and 2: Social Security Fraud, in violation of Title 42, United States Code, Section 408(a)(7)(B). |
| **Penalties:** | Counts 1 and 2: Imprisonment of not more than five years; fine of not more than $250,000. 42 U.S.C. § 408(a). This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Counts 1 and 2: Not more than three years. 18 U.S.C. § 3582(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 2: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 and 2: Three years less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | SSA-OIG – SA Julie Constant |
| **Detention Status:** | To be determined |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin; Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |

| | |
|---|---|
| **Corporate Victims Owed Restitution:** | Yes |
| **Assessments:** | $100 per count |