# UNITED STATES DISTRICT COURT
### District of Maine

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 2:12-cr-28-GZS** |
| | ) | |
| **JESSICA BARTLETT,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on July 31, 2012, his Recommended Decision (ECF No. 61).  Defendant filed her Objection to the Recommended Decision (ECF No. 62) on August 7, 2012.  Plaintiff filed its Response to Defendant's Objection to the Recommended Decision (ECF No. 63) on August 20, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that Defendant's Motion to Suppress (ECF No. 35) is
        **DENIED**.


                                            /s/George Z. Singal
                                            U.S. District Judge

Dated this 20th day of August, 2012.